✎Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

District of South Carolina

### Report on Offender Under Supervision

**Name of Offender:**  Jian-Yun Dong                              **Case Number:**  2:11CR00511-001

**Name of Sentencing Judicial Officer:**  The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:**  May 1, 2017

**Original Offense:**  <u>**Count 1**</u>:  Conspiracy, 18 U.S.C. §371; <u>**Count 7**</u>:  Theft of Government Money, 18 U.S.C. §§ 641 and 2; <u>**Counts 14-34:**</u> Wire Fraud, 18 U.S.C. §§ 1343 and 2

**Original Sentence:**  70-month term of incarceration; consisting of 60 months as to Count 1 and 70 months as to Counts 7 and 13 through 34, all counts to run concurrently and also concurrently to 2:11CR510, followed by a 36-month term of supervised release. Special conditions include:  1) He shall pay any remaining restitution at a rate of no less than $400.00 per month beginning within 60 days of release.  Payments shall be made payable to Clerk, U.S. District Court and mailed to P.O. Box 835, Charleston, SC 29402.  Interest on any restitution ordered as to this defendant is waived.  Payments shall be adjusted according, based upon the defendant's ability to pay as determined by the Court; 2) He shall be subject to placement in the Financial Litigation Unite Wage Garnishment program for the purpose of collecting restitution, if deemed necessary by the U.S. Probation Officer; 3) He shall provide the U.S. Probation Officer with access to any and all financial information to include tax returns; and 4) He shall be prohibited from opening any new lines of credit without the prior written approval of the U.S. Probation Officer.

On May 1, 2017, the Court amended the defendant's sentencing judgement to clarify restitution payee. All other provisions of the original sentence remained the same.

**Type of Supervision:**  Supervised Release          **Date Supervision Commenced:**  January 11, 2022

**Previous Court Action/Notification(s):**  On September 22, 2022, a status conference was held before the Honorable Bruce H. Hendricks, United States District Judge, to address failure to pay restitution.  At that time, the status of the defendant's conviction was under appeal; however, the Court ordered the defendant to pay restitution at a rate of $400 monthly as ordered.  Thereafter, the defendant was placed in the treasury offset program where $279.71 is deducted from his monthly Social Security benefit for the purpose of paying restitution.

On September 14, 2023, the United States Fourth Circuit of Appeals denied the defendant's appeal of his conviction.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **Failure to Pay Court Ordered Restitution as Ordered:** The defendant has failed to pay $400 monthly restitution payments as ordered. However, he was placed in the U.S. Treasury Offset Program ordering a percentage of his monthly Social Security award be garnished for the purpose of restitution payments. Monthly garnishment in the amount of $279.71 commenced on December 14, 2022; last payment being collected on November 20, 2024. A total of $4,209.29 has been collected, with an outstanding balance of $3,207,390.54 owed |

**U.S. Probation Officer Action:** The probation office respectfully requests no action be taken by the Court at this time. The defendant's term of supervised release is scheduled to expire on January 10, 2025. The Financial Litigation Unit (FLU) have confirmed that the defendant will remain in the U.S. Treasury Offset Program after his term of supervision expires. Thus, restitution will continue to be collected based on the garnishment of a percentage of his monthly Social Security award until the outstanding financial obligation is satisfied. It is respectfully requested that the defendant's case be allowed to expire as scheduled on January 10, 2025. The probation office has discussed the matter with Assistant U.S. Attorney Katherine Orville, who concurs with this recommendation.

Respectfully Submitted,

By:  *Gregory R. Marett*
Gregory R. Marett
U.S. Probation Officer
Charleston Office

Date: January 7, 2025

Reviewed and Approved By:

*LaSheika S. VanDyke*

LaSheika S. VanDyke
Supervising U.S. Probation Officer

Prob 12A  
(Rev. 01/2020 - D/SC)

Page 3

| | |
|---|---|
| [X] | Agree with Probation Officer's recommendation and allow case to expire as scheduled on January 10, 2025. |
| [ ] | Submit a Request for Modifying the Condition or Term of Supervision |
| [ ] | Submit a Request for Warrant or Summons |
| [ ] | Other |

_Bruce H. Hendricks_
Bruce Howe Hendricks
United States District Judge

January 7, 2025
Date