IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIAN-YUN DONG a/k/a JOHN DONG,<br><br>Defendant,<br><br>and<br><br>TRUIST BANK f/k/a SUNTRUST BANK,<br><br>Garnishee. | ) | CRIMINAL NO. 2:11-CR-0511 |

**ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

AND NOW, upon consideration of the Application for Writ of Continuing Garnishment against the property of Defendant Jian-Yun Dong a/k/a John Dong, filed by Plaintiff United States of America,

IT IS HEREBY ORDERED that said Application is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the United States District Court for the District of South Carolina shall forthwith issue a Writ of Continuing Garnishment upon the judgment entered against Defendant Jian-Yun Dong a/k/a John Dong.

IT IS SO ORDERED.

s/ Bruce Howe Hendricks
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina
October 14, 2026